An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

TROY LEE PRINGLE,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 62503

**FILED**

APR 1 2 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a judgment of conviction, pursuant to a jury verdict, of four counts of possession of a controlled substance. Fifth Judicial District Court, Nye County; Robert W. Lane, Judge.

Appellant's counsel has filed a motion to voluntarily withdraw this appeal. Counsel advises this court that he has informed appellant of the legal effects and consequences of voluntarily withdrawing this appeal, and having been so informed, appellant consents to a voluntary dismissal of this appeal. Cause appearing, we

ORDER this appeal DISMISSED.[1]

_____, J.
Hardesty

_____ J.
Parraguirre

_____, J.
Cherry

---

[1]Because no remittitur will issue in this matter, *see* NRAP 42(b), the one-year period for filing a post-conviction habeas corpus petition under NRS 34.726(1) shall commence to run from the date of this order.

SUPREME COURT
OF
NEVADA

(O) 1947A

13-10929

cc:    Hon. Robert W. Lane, District Judge
       Christopher R. Arabia
       Nye County District Attorney
       Attorney General/Carson City
       Nye County Clerk
       Troy Lee Pringle

SUPREME COURT
OF
NEVADA

(O) 1947A